UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Dwight Alonzo Hickman**            Docket No. 5:16-CR-259-1D

**Petition for Action on Supervised Release**

COMES NOW Marla Bianco, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dwight Alonzo Hickman, who, upon an earlier plea of guilty to 21 U.S.C. § 846, Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base, was sentenced in the District of Maryland by the Honorable William D. Quarles, United States District Court Judge, on January 2, 2008, to the custody of the Bureau of Prisons for a term of 300 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On April 20, 2012, the defendant's active sentence was reduced to 151 months. On September 3, 2014, the defendant's active sentence was reduced to 110 months. Dwight Alonzo Hickman was released from custody on August 25, 2015, at which time the term of supervised release commenced.

On August 13, 2015, to assist the defendant with housing, the court modified the conditions to include up to 90 days in a Residential Re-Entry Center.

On September 8, 2016, a violation report was submitted to the District of Maryland advising the defendant had relapsed on illegal substances and a transfer of jurisdiction was requested. The defendant was placed in to treatment for co-occurring issues as well as more frequent urinalysis testing and requested the defendant remain on supervision.

On October 21, 2016, jurisdiction was transferred from the District of Maryland to the Eastern District of North Carolina.

The defendant submitted a urine sample on July 17, 2017, that tested positive for cocaine use. On August 23, 2017 the court modified the conditions to include 60 days of location monitoring.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant submitted a urine sample on March 22, 2018, that tested positive for cocaine use. On April 3, 2018, when confronted with the results of the positive drug screen, Hickman admitted to the use of cocaine on or about March 22, 2018. The defendant shall remain in treatment for co-occurring issues as well as our Surprise Urinalysis Program. As a punitive sanction for this conduct, we are recommending that the conditions be modified to include location monitoring with a curfew for 60 days.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Dwight Alonzo Hickman
Docket No. 5:16-CR-259-1D
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Marla Bianco<br>Marla Bianco<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910.354.2535<br>Executed On: April 3, 2018 |

Except as herein modified, the judgment shall remain in full force and effect

## ORDER OF THE COURT

Considered and ordered this \_\_11\_\_ day of \_\_April\_\_, 2017, and ordered filed and made a part of the records in the above case.

_____
James C. Dever, III
Chief U.S. District Court Judge